

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00029-CV

### EX PARTE THE CITY OF IRVING TEXAS

This cause, an appeal from the judgment in favor of appellee, the City of Irving, signed, October 16, 2023, was heard on the appellate record. We have inspected the record and find that the court below lacked jurisdiction to consider the City of Irving's "Petition for Supplemental Relief." We order the judgment of the court below **REVERSED** and **RENDER** judgment that the City of Irving's "Petition for Supplemental Relief" is dismissed for lack of jurisdiction.

Judgment Rendered December 19, 2024.

Panel Consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered by Justice Field.